UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:21-CR-46-MMD-CSD |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| JAMES PATRICK BURNS | |
| Defendant. | |

A jury was empaneled to try this case on February 26, 2024. Good cause appearing, the jurors' term of service is extended for administrative purposes for a period of six (6) months to allow individual jurors to obtain counseling through the Employee Assistance Program ("EAP"). Each Juror may access EAP for up to six sessions.

DATED THIS 5th Day of March, 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE