**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:21-CR-046-MMD-CSD |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| JAMES PATRICK BURNS, | |
| Defendant. | |

This Court finds James Patrick Burns was found guilty of Counts 1-21 of a 21-Count Fourth Superseding Criminal Indictment charging him in Counts 1-8 with sexual exploitation of children in violation of 18 U.S.C. § 2251(a); in Count 9 with advertising child pornography in violation of 18 U.S.C. § 2251(d)(1)(A); in Counts 10-17 with coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b); in Count 18 with distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2); in Count 19 with receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2); in Count 20 with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B); and in Count 21 with commission of a specified felony sex offense by an individual required to register as a sex offender in violation of 18 U.S.C. § 2260A. Fourth Superseding Criminal Indictment, ECF No. 136; Minutes of Jury Trial, ECF No. 251; Jury Verdict, ECF Nos. 252, 262.

This Court finds James Patrick Burns agreed to the forfeiture of the property set forth in the Stipulation for Entry of Order of Forfeiture as to James Patrick Burns and Order and the Forfeiture Allegations of the Fourth Superseding Criminal Indictment. Fourth Superseding Criminal Indictment, ECF No. 136; Minutes of Jury Trial, ECF No. 251; Jury Verdict, ECF Nos. 252, 262; Order Granting Stipulation, ECF No. 263.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Fourth Superseding Criminal Indictment and Counts 1-20, of which James Patrick Burns was found guilty.

The following property is (1) any visual depiction described in 18 U.S.C. §§ 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251(a), 2251(d)(1)(A), 2252A(a)(2), and 2252A(a)(5)(B); (2) any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. §§ 2251(a), 2251(d)(1)(A), 2252A(a)(2), and 2252A(a)(5)(B) or any property traceable to such property; (3) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b); or (4) any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and is subject to forfeiture under 18 U.S.C. §§ 2253(a)(1), 2253(a)(3), and 2428(a)(1) and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c):

1. a Toshiba Satellite C55-B5100 laptop computer, serial number ZE257693P;

2. an Asus Essentio computer, serial number DCPDCG0018P5;

3. a PNY 128GB USB, serial number E094-B20F;

4. a SanDisk USB, serial number 1DFA-E539;

5. an SP Micro SDHC 4GB, serial number D216-BD58;

6. a SanDisk SD 2GB, serial number G4A5-F009; and

7. a SanDisk Extreme Pro 64GB, serial number 3039-3034

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of James Patrick Burns in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, within thirty (30) days

of the final publication of notice on the official internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___March 19_____, 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE