**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 3:21-CR-046-MMD-CSD |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JAMES PATRICK BURNS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. §§ 2253(a)(1), 2253(a)(3), and 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c), based upon the jury verdict finding James Patrick Burns guilty of the criminal offenses, forfeiting specific property set forth in the Forfeiture Allegations of the Fourth Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which James Patrick Burns was found guilty. Fourth Superseding Criminal Indictment, ECF No. 136; Minutes of Jury Trial, ECF No. 251; Jury Verdict Forms, ECF No. 252, 262; Stipulation for Entry of Order of Forfeiture as to James Patrick Burns and Order, ECF No. 263; Preliminary Order of Forfeiture, ECF No. 265.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 22, 2024, through April 21, 2024, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 270-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §§ 2253(a)(1), 2253(a)(3), and 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Toshiba Satellite C55-B5100 laptop computer, serial number ZE257693P;
2. an Asus Essentio computer, serial number DCPDCG0018P5;
3. a PNY 128GB USB, serial number E094-B20F;
4. a SanDisk USB, serial number 1DFA-E539;
5. an SP Micro SDHC 4GB, serial number D216-BD58;
6. a SanDisk SD 2GB, serial number G4A5-F009; and
7. a SanDisk Extreme Pro 64GB, serial number 3039-3034

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for James Patrick Burns and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: July 18, 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE