UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>James Patrick Burns,<br><br>   Defendant. | Case No. 3:21-cr-00046-MMD-CSD-1<br><br>**Order Permitting Copies of Non-Public Docket for Appellate Purposes** |

  IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for James Patrick Burns and counsel for the United States of America.

  **Dated**: July 29, 2024.

                 _____
                 U.S. DISTRICT COURT JUDGE

4