✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 27, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>James Patrick Burns,<br><br>              Defendant. | Case No. 3:21-cr-00046-MMD-CSD-1<br><br>**Order Permitting Copies of Sealed Documents for Appellate Purposes** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of:

1.  The sealed exhibit at ECF No. 236.

2.  The jury documents at ECF Nos. 240, 255.

to counsel for James Patrick Burns and counsel for the United States of America.

**Dated**:  December 27, 2024.

_____

U.S. DISTRICT COURT JUDGE

1